# EXHIBIT LIST

Style: USA v. Christopher Myers & Steven Korte
Case No. 4:18CR975-CDP/JMB (3) (5)
**Evidentiary Hearing 9.8.20**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | 15 |  | 9/8/20 |  |  | Affidavit of Sarah Klingbeil | 9/8/20 |
|  | 1 |  | 9/8/20 |  |  | Video on flash drive | 9/8/20 |
|  | 4 - 12 |  | 9/8/20 |  |  | Police officers' log ins and outs | 9/8/20 |
| 1 |  | 10 | 9/8/20 |  |  | Darren Boehlje notes | 9/8/20 |
| 2 |  | 10 | 9/8/20 |  |  | Copy of Grand Jury Subpoena | 9/8/20 |
| 3 |  | 10 | 9/8/20 |  |  | Aug. 8th 2018 Interview notes | 9/8/20 |
| 4 |  | 10 | 9/8/20 |  |  | 302 in connection with Interview | 9/8/20 |
| 5 |  | 10 | 9/8/20 |  |  | Notes from interview | 9/8/20 |
| 6 |  | 10 | 9/8/20 |  |  | 302 in connection with Gov Exhibit 5 | 9/8/20 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff  **Δ** = defendant  **ID** = first date exhibit is used  **W#** = first witness to ID exhibit

1. **OBJ** = Objection write " Obj" in red  **ADMITTED** = use ✔ and date  **Page 1 of 1**