UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| vs.                                                       ) | Case No.: S1-4:18-cr-975-CDP |
| ) | |
| ) | |
| DUSTIN BOONE,                                 ) | |
| STEVEN KORTE, and                         ) | |
| CHRISTOPHER MYERS,              ) | |
| Defendants.     ) | |

**DEFENDANT MYERS' FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S FIRST MOTION IN *LIMINE***

COMES NOW Defendant, Christopher Meyers, by and through counsel, and moves this Court to extend the time to file a response to the Government's First Motion in *Limine* by 2 days. Given the size and scope of discovery in this case and the amount of evidence at issue, additional time is requested as to provide "defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, Defendant respectfully requests this Court extend the time to file a response to the Government's First Motion in *Limine* by 2 days.

Respectfully submitted,

By:   /s/ *Adam D. Fein*
Adam D. Fein, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

By signature below, I hereby certify that on February 26, 2021, the foregoing was electronically filed with the Clerk of the Court and served via electronic mail upon Assistant United States Attorneys Carrie Constantin (carrie.costantin@usdoj.gov) and Robert F. Livergood (rob.livergood@usdoj.gov).

*/s/ Adam D. Fein*