UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.: S1-4:18-cr-00975-CDP (JMB) |
| | ) | |
| DUSTIN BOONE, | ) | |
| CHRISTOPHER MYERS, and | ) | |
| STEVEN KORTE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MYERS' MOTION FOR LEAVE TO FILE SEALED DOCUMENT

COMES NOW Defendant, Christopher Myers, by and through undersigned counsel, and requests leave to file his "Response to the Government's First Motion in *Limine*" under seal because it references unredacted text messages and responses to other matters for which the Government sought and obtained leave to file under seal in filing its First Motion in *Limine*.

Respectfully submitted,

Rosenblum Schwartz and Fry, P.C.

By:   */s/ Adam D. Fein*
ADAM D. FEIN, # 52255 MO
Attorney for Defendant Myers
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

1

2

**CERTIFICATE OF SERVICE**

      By signature below, I hereby certify that on February 28, 2021, the foregoing was electronically filed with the Clerk of the Court and served via CM/ECF upon Assistant United States Attorneys Carrie Constantin (carrie.costantin@usdoj.gov) and Robert F. Livergood (rob.livergood@usdoj.gov).

      */s/ Adam D. Fein*