UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. S1-4:18 CR 975 CDP |
| DUSTIN BOONE, and CHRISTOPER MYERS, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE SEALED, REDACTED AND OVERSIZED DOCUMENT

COMES NOW, the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood and Carrie Costantin, Assistant United States Attorneys for said District, and requests leave to file under seal an oversized document. The Government seeks leave to file its "Notice of Intent to Use Additional Inextricably Intertwined Evidence and/or Rule 404(b) Evidence, and Motion. . . ." (hereinafter, Notice) under seal because it contains information requiring a court order to release, and it exceeds fifteen pages because the document contains text messages that the Government seeks to introduce under this Notice, and the bases for admitting the document. The Government has filed a redacted Notice as an attachment hereto.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney
 /s/ Robert F. Livergood
ROBERT F. LIVERGOOD, #35432MO
CARRIE COSTANTIN #35925
Assistant United States Attorneys
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, the foregoing was filed electronically with the Clerk to be served by operation of the Court's electronic filing upon the following:

Patrick S. Kilgore
Attorney for Dustin Boone
1015 Locust
Suite 914
St. Louis, MO 63101
Email: patrick@patrickkilgorelaw.com; and

N. Scott Rosenblum
Attorney for Christopher Myers
120 S. Central Ave.
Suite 130
Clayton, MO 63105
Email: srosenblum@rsflawfirm.com.

/s/*Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney