UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No.: S1-4:18-cr-00975-ERW (JMB) |
| ) | |
| DUSTIN BOONE, and ) | |
| CHRISTOPHER MYERS. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT MYERS' MOTION FOR LEAVE
TO FILE SEALED MOTION TO SEVER**

COMES NOW Defendant, Christopher Myers, by and through undersigned counsel, and requests leave to file his "Motion to Sever and Combined Memorandum of Law in Support" under seal because it references un-redacted text messages covered by protective order and references sealed grand jury testimony.

Respectfully submitted,

By:  */s/ Brad P. Bilyeu*
BRAD P. BILYEU, #72710MO
Attorney for Defendant Myers
606 North and South Rd, Suite 208
University City, MO 63130
brad.bilyeu@stldefense.com
Phone: 314-455-7374 / Fax: 314-480-6540

1

## **CERTIFICATE OF SERVICE**

      By signature below, I hereby certify that on May 18, 2021, the foregoing was electronically filed with the Clerk of the Court and served via CM/ECF upon Assistant United States Attorneys Carrie Constantin (carrie.costantin@usdoj.gov) and Robert F. Livergood (rob.livergood@usdoj.gov).

                                        */s/ Brad P. Bilyeu*