UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No.: S1-4:18-cr-00975-ERW (JMB) |
| | ) |
| DUSTIN BOONE, and | ) |
| CHRISTOPHER MYERS. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MYERS' MOTION FOR LEAVE
TO FILE SEALED MOTION TO PRECLUDE**

COMES NOW Defendant, Christopher Myers, by and through undersigned counsel, and requests leave to file his "Motion in *Limine* to Preclude Unfairly Prejudicial and Irrelevant Statements" under seal because it references un-redacted text messages covered by protective order and references sealed grand jury testimony.

Respectfully submitted,

By: */s/ Brad P. Bilyeu*
BRAD P. BILYEU, #72710MO
Attorney for Defendant Myers
606 North and South Rd, Suite 208
University City, MO 63130
brad.bilyeu@stldefense.com
Phone: 314-455-7374 / Fax: 314-480-6540

1

## **CERTIFICATE OF SERVICE**

    By signature below, I hereby certify that on May 18, 2021, the foregoing was electronically filed with the Clerk of the Court and served via CM/ECF upon Assistant United States Attorneys Carrie Constantin (carrie.costantin@usdoj.gov) and Robert F. Livergood (rob.livergood@usdoj.gov).

    */s/ Brad P. Bilyeu*