UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S1-4:18 CR 975 ERW |
| | ) |
| DUSTIN BOONE and | ) |
| CHRISTOPER MYERS, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

COMES NOW, the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Carrie Costantin and Robert F. Livergood, Assistant United States Attorneys for said District, and requests leave to file under seal the Government's Response to Defendant Myers' Motion to Sever and Combined Memorandum of Law in Support [Document 428]. The Government seeks leave to file its Response under seal because it responds to a sealed motion from defendant Myers.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        */s/ Carrie Costantin*
        CARRIE COSTANTIN #35925MO
        ROBERT F. LIVERGOOD, #35432MO
        Assistant United States Attorneys
        111 S. 10th Street, Rm. 20.333
        St. Louis, Missouri 63102
        (314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2021, the foregoing was filed electronically with the Clerk to be served by operation of the Court's electronic filing upon the following:

Patrick S. Kilgore
Attorney for Dustin Boone
1015 Locust
Suite 914
St. Louis, MO 63101
Email: patrick@patrickkilgorelaw.com;

N. Scott Rosenblum
Attorney for Christopher Myers
120 S. Central Ave.
Suite 130
Clayton, MO 63105
Email: srosenblum@rsflawfirm.com;

                                        /s/ *Carrie Costantin*
                                        CARRIE COSTANTIN #35925MO
                                        Assistant United States Attorney