UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.   S1-4:18 CR 975 ERW |
| | ) |
| DUSTIN BOONE, and | ) |
| CHRISTOPHER MYERS, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S EXHIBIT LIST

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Sayler A. Fleming, and Carrie Costantin and Robert F. Livergood, Assistant United States Attorneys for said district, and files its Government Exhibit List as an Attachment hereto.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

  s/ Robert F. Livergood
 ROBERT F. LIVERGOOD #35432MO
 CARRIE A. COSTANTIN #35925 MO
Assistant United States Attorneys
111 S. 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

1

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2021, the foregoing was filed electronically with the Clerk of the Court and served by electronic mail upon all Scott Rosenblum, attorney for Christopher Myers, and Patrick Kilgore, attorney for Dustin Boone.

s/*Robert F. Livergood*
ROBERT F. LIVERGOOD, 35432MO
Assistant United States Attorney