Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Satellite map library area | | |
| 2 | LH Cell phone video | | |
| 3 | Still photo of Myers | | |
| 4 | Official photo of Myers | | |
| 5 | RTCC video with Genetech player | | |
| 6 | LH cell phone | | |
| 7 | L6A5249o | | |
| 8 | L6A5250o | | |
| 9 | L6A5251o | | |
| 10 | L6A5252o | | |
| 11 | L6A5253o | | |
| 12 | L6A5254o | | |
| 13 | L6A5255o | | |
| 14 | L6A5256o | | |
| 15 | L6A5257o | | |
| 16 | L6A5258o | | |
| 17 | L6A5259o | | |
| 18 | L6A5260o | | |
| 19 | L6A5261o | | |
| 20 | L6A5262o | | |
| 21 | L6A5263o | | |
| 22 | L6A5264o | | |
| 23 | L6A5265o | | |
| 24 | L6A5266o | | |
| 25 | L6A5267o | | |
| 26 | L6A5268o | | |
| 27 | L6A5269o | | |
| 28 | L6A5270o | | |
| 29 | L6A5271o | | |
| 30 | L6A5272o | | |
| 31 | L6A5273o | | |
| 32 | L6A5274o | | |
| 33 | L6A5275o | | |
| 34 | L6A5276o | | |
| 35 | L6A5277o | | |
| 36 | L6A5278o | | |
| 37 | L6A5279o | | |
| 38 | L6A5280o | | |
| 39 | L6A5281o | | |
| 40 | L6A5282o | | |
| 41 | L6A5283o | | |
| 42 | L6A5284o | | |
| 43 | L6A5285o | | |
| 44 | L6A5286o | | |
| 45 | L6A5287o | | |
| 46 | L6A5288o | | |
| 47 | L6A5289o | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 48 | L6A5290o | | |
| 49 | L6A5291o | | |
| 50 | L6A5292o | | |
| 51 | L6A5293o | | |
| 52 | L6A5294o | | |
| 53 | L6A5295o | | |
| 54 | L6A5296o | | |
| 55 | L6A5297o | | |
| 56 | L6A5298o | | |
| 57 | L6A5299o | | |
| 58 | L6A5300o | | |
| 59 | L6A5301o | | |
| 60 | L6A5302o | | |
| 61 | L6A5303o | | |
| 62 | L6A5304o | | |
| 63 | L6A5305o | | |
| 64 | L6A5306o | | |
| 65 | L6A5307o | | |
| 66 | L6A5308o | | |
| 67 | L6A5309o | | |
| 68 | L6A5310o | | |
| 69 | L6A5311o | | |
| 70 | L6A5312o | | |
| 71 | L6A5313o | | |
| 72 | L6A5314o | | |
| 73 | L6A5315o | | |
| 74 | L6A5316o | | |
| 75 | L6A5317o | | |
| 76 | L6A5318o | | |
| 77 | L6A5319o | | |
| 78 | L6A5320o | | |
| 79 | L6A5321o | | |
| 80 | L6A5322o | | |
| 81 | L6A5323o | | |
| 82 | L6A5324o | | |
| 83 | L6A5325o | | |
| 84 | L6A5326o | | |
| 85 | L6A5327o | | |
| 86 | L6A5328o | | |
| 87 | L6A5329o | | |
| 88 | L6A5330o | | |
| 89 | L6A5331o | | |
| 90 | L6A5332o | | |
| 91 | L6A5333o | | |
| 92 | L6A5334o | | |
| 93 | L6A5335o | | |
| 94 | L6A5336o | | |

Government's Exhibit List

United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 95 | L6A5337o | | |
| 96 | L6A5338o | | |
| 97 | L6A5339o | | |
| 98 | L6A5340o | | |
| 99 | L6A5341o | | |
| 100 | L6A5342o | | |
| 101 | L6A5343o | | |
| 102 | L6A5344o | | |
| 103 | L6A5345o | | |
| 104 | L6A5346o | | |
| 105 | L6A5347o | | |
| 106 | L6A5348o | | |
| 107 | L6A5349o | | |
| 108 | L6A5350o | | |
| 109 | L6A5249 | | |
| 110 | L6A5250 | | |
| 111 | L6A5251 | | |
| 112 | L6A5252 | | |
| 113 | L6A5253 | | |
| 114 | L6A5254 | | |
| 115 | L6A5255 | | |
| 116 | L6A5256 | | |
| 117 | L6A5257 | | |
| 118 | L6A5258 | | |
| 119 | L6A5259 | | |
| 120 | L6A5260 | | |
| 121 | L6A5261 | | |
| 122 | L6A5262 | | |
| 123 | L6A5263 | | |
| 124 | L6A5264 | | |
| 125 | L6A5265 | | |
| 126 | L6A5266 | | |
| 127 | L6A5267 | | |
| 128 | L6A5268 | | |
| 129 | L6A5269 | | |
| 130 | L6A5270 | | |
| 131 | L6A5271 | | |
| 132 | L6A5272 | | |
| 133 | L6A5273 | | |
| 134 | L6A5274 | | |
| 135 | L6A5275 | | |
| 136 | L6A5276 | | |
| 137 | L6A5277 | | |
| 138 | L6A5278 | | |
| 139 | L6A5279 | | |
| 140 | L6A5280 | | |
| 141 | L6A5281 | | |

Government's Exhibit List

United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 142 | L6A5282 | | |
| 143 | L6A5283 | | |
| 144 | L6A5284 | | |
| 145 | L6A5285 | | |
| 146 | L6A5286 | | |
| 147 | L6A5287 | | |
| 148 | L6A5288 | | |
| 149 | L6A5289 | | |
| 150 | L6A5290 | | |
| 151 | L6A5291 | | |
| 152 | L6A5292 | | |
| 153 | L6A5293 | | |
| 154 | L6A5294 | | |
| 155 | L6A5295 | | |
| 156 | L6A5296 | | |
| 157 | L6A5297 | | |
| 158 | L6A5298 | | |
| 159 | L6A5299 | | |
| 160 | L6A5300 | | |
| 161 | L6A5301 | | |
| 162 | L6A5302 | | |
| 163 | L6A5303 | | |
| 164 | L6A5304 | | |
| 165 | L6A5305 | | |
| 166 | L6A5306 | | |
| 167 | L6A5307 | | |
| 168 | L6A5308 | | |
| 169 | L6A5309 | | |
| 170 | L6A5310 | | |
| 171 | L6A5311 | | |
| 172 | L6A5312 | | |
| 173 | L6A5313 | | |
| 174 | L6A5314 | | |
| 175 | L6A5315 | | |
| 176 | L6A5316 | | |
| 177 | L6A5317 | | |
| 178 | L6A5318 | | |
| 179 | L6A5319 | | |
| 180 | L6A5320 | | |
| 181 | L6A5321 | | |
| 182 | L6A5322 | | |
| 183 | L6A5323 | | |
| 184 | L6A5324 | | |
| 185 | L6A5325 | | |
| 186 | L6A5326 | | |
| 187 | L6A5327 | | |
| 188 | L6A5328 | | |

Government's Exhibit List

United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 189 | L6A5329 | | |
| 190 | L6A5330 | | |
| 191 | L6A5331 | | |
| 192 | L6A5332 | | |
| 193 | L6A5333 | | |
| 194 | L6A5334 | | |
| 195 | L6A5335 | | |
| 196 | L6A5336 | | |
| 197 | L6A5337 | | |
| 198 | L6A5338 | | |
| 199 | L6A5339 | | |
| 200 | L6A5340 | | |
| 201 | L6A5341 | | |
| 202 | L6A5342 | | |
| 203 | L6A5343 | | |
| 204 | L6A5344 | | |
| 205 | L6A5345 | | |
| 206 | L6A5346 | | |
| 207 | L6A5347 | | |
| 208 | L6A5348 | | |
| 209 | L6A5349 | | |
| 210 | L6A5350 | | |
| 211 | 4387 lip surgery -stitching | | |
| 212 | 4388 lip surgery closed stitches | | |
| 213 | 4389 lip surgery overview | | |
| 214 | 4390 lip surgery syringe | | |
| 215 | Hall injury photo – lip front | | |
| 216 | Hall injury photo – lip side | | |
| 217 | Hall injury photo - ear | | |
| 218 | Hall injury photo - elbow | | |
| 219 | Texts | | |
| 220 | Hall shirt and gaiter photo – front | | |
| 221 | L6A5426 | | |
| 222 | L6A5427 | | |
| 223 | L6A5428 | | |
| 224 | L6A5429 | | |
| 225 | Hall shirt photo – blood shoulder | | |
| 226 | Naes draft memo | | |
| 227 | Hall gaiter photo – front | | |
| 228 | Marcantano letter | | |
| 229 | Hall gaiter | | |
| 230 | Hall shirt | | |
| 231 | camera photo – battery slot and SD card | | |
| 232 | camera photo – lens | | |
| 233 | camera photo – battery slot | | |
| 234 | photo of phone | | |
| 235 | Use of force policy | | |

Government's Exhibit List

United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 236 | Use of deadly force policy | | |
| 237 | Search Warrant 1/2/18 - Dustin Boone's Apple Acct | | |
| 238 | Search Warrant 11/28/18- Dustin Boone's Apple Acct | | |
| 241 | Search Warrant 5/31/18 – Boone's iPhone | | |
| 242 | Dustin Boone's iPhone | | |
| 243 | Search Warrant 6/25/18 – Myers' Samsung cell | | |
| 244 | Myers' Samsung cell phone | | |
| 245 | Search Warrant 11/29/18 – Myers' Samsung cell | | |
| 247 | Myers' Text on 9/15/17, 7:07 am | | |
| 248 | Boone's Texts on 9/15/17, 8:54 am | | |
| 249 | Boone's Texts on 9/15/17, 9:40 am | | |
| 250 | Boone's text on 9/15/2017, 15:37 | | |
| 251 | Myers' texts on 9/15/17, 20:34 | | |
| 252 | Boone's text on 9/15/17, 20:54 | | |
| 253 | Boone's texts on 9/16/17, 12:28 am | | |
| 254 | Boone's texts on 9/16/17, 12:08 pm | | |
| 255 | Myers' texts on 9/16/2017, 20:18 | | |
| 256 | Myers' text on 9/16/17. 20:58 | | |
| 258 | Boone's text on 9/17/2017, 10:07 am | | |
| 260 | Boone's text on 9/18/17, 15:15 | | |
| 262 | Boone's text on 9/19/17, 11:12 am | | |
| 263 | Boone's texts on 9/20/17, 20:53 | | |
| 264 | Boone's texts on 9/20/17, 22:39 | | |
| 265 | Boone's texts on 9/21/17, 17:39 | | |
| 266 | Boone's texts on 9/21/17, 21:04 | | |
| 268 | Boone's text on 9/23/17, 18:06 | | |
| 269 | Boone's text on 9/25/17, 9:04 am | | |
| 270 | Myers' texts on 9/25/17, 17:10 | | |
| 274 | Boone's text on 11/7/17, 19:36 | | |
| 275 | Boone's text on 11/7/17, 19:38 | | |
| 276 | Myers' text on 11/19/17, 15:51 | | |
| 279 | TAC B Dispatch Tape | | |
| 280 | TAC B Dispatch Transcript | | |
| 281 | TAC A Dispatch Tape | | |
| 282 | TAC A Dispatch Transcript | | |
| 283 | Hays plea agreement | | |
| 284 | Baton | | |
| 285 | Washington University Medical Records | | |
| 287 | Map of 14th and Olive | | |
| 288 | Boone photo | | |
| 290 | Synched videos and photos | | |
| 291 | Timeline | | |
| 296 | AP still | | |
| 297 | AP video | | |
| 298 | Still of cell phone video – frame 5049 | | |
| 299 | Still of cell phone video – frame 5068 | | |
| 300 | Still of cell phone video – frame 5082 | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 301 | Still of cell phone video – frame 5109 | | |
| 302 | Still of cell phone video –frame  5121 | | |
| 303 | Still of cell phone video – frame 5134 | | |
| 304 | Still of cell phone video – frame 5137 | | |
| 305 | Still of cell phone video – frame 5310 | | |
| 306 | Still of cell phone video – frame 5339 | | |
| 307 | Still of cell phone video – frame 5348 | | |
| 308 | Asp baton | | |
| 309 | L6A5249B | | |
| 310 | L6A5250B | | |
| 311 | L6A5251B | | |
| 312 | L6A5252B | | |
| 313 | L6A5253B | | |
| 314 | L6A5254B | | |
| 315 | L6A5255B | | |
| 316 | L6A5256B | | |
| 317 | L6A5257B | | |
| 318 | L6A5258B | | |
| 319 | L6A5259B | | |
| 320 | L6A5260B | | |
| 321 | L6A5261B | | |
| 322 | L6A5262B | | |
| 323 | L6A5263B | | |
| 324 | L6A5264B | | |
| 325 | L6A5265B | | |
| 326 | L6A5266B | | |
| 327 | L6A5267B | | |
| 328 | L6A5268B | | |
| 329 | L6A5269B | | |
| 330 | L6A5270B | | |
| 331 | L6A5271B | | |
| 332 | L6A5272B | | |
| 333 | L6A5273B | | |
| 334 | L6A5274B | | |
| 335 | L6A5275B | | |
| 336 | L6A5276B | | |
| 337 | L6A5277B | | |
| 338 | L6A5278B | | |
| 339 | L6A5279B | | |
| 340 | L6A5280B | | |
| 341 | L6A5281B | | |
| 342 | L6A5282B | | |
| 343 | L6A5283B | | |
| 344 | L6A5284B | | |
| 345 | L6A5285B | | |
| 346 | L6A5286B | | |
| 347 | L6A5287B | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 348 | L6A5288B | | |
| 349 | L6A5289B | | |
| 350 | L6A5290B | | |
| 351 | L6A5291B | | |
| 352 | L6A5292B | | |
| 353 | L6A5293B | | |
| 354 | L6A5294B | | |
| 355 | L6A5295B | | |
| 356 | L6A5296B | | |
| 357 | L6A5297B | | |
| 358 | L6A5298B | | |
| 359 | L6A5299B | | |
| 360 | L6A5300B | | |
| 361 | L6A5301B | | |
| 362 | L6A5302B | | |
| 363 | L6A5303B | | |
| 364 | L6A5304B | | |
| 365 | L6A5305B | | |
| 366 | L6A5306B | | |
| 367 | L6A5307B | | |
| 368 | L6A5308B | | |
| 369 | L6A5309B | | |
| 370 | L6A5310B | | |
| 371 | L6A5311B | | |
| 372 | L6A5312B | | |
| 373 | L6A5313B | | |
| 374 | L6A5314B | | |
| 375 | L6A5315B | | |
| 376 | L6A5316B | | |
| 377 | L6A5317B | | |
| 378 | L6A5318B | | |
| 379 | L6A5319B | | |
| 380 | L6A5320B | | |
| 381 | L6A5321B | | |
| 382 | L6A5322B | | |
| 383 | L6A5323B | | |
| 384 | L6A5324B | | |
| 385 | L6A5325B | | |
| 386 | L6A5326B | | |
| 387 | L6A5327B | | |
| 388 | L6A5328B | | |
| 389 | L6A5329B | | |
| 390 | L6A5330B | | |
| 391 | L6A5331B | | |
| 392 | L6A5332B | | |
| 393 | L6A5333B | | |
| 394 | L6A5334B | | |

Government's Exhibit List

United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 395 | L6A5335B | | |
| 396 | L6A5336B | | |
| 397 | L6A5337B | | |
| 398 | L6A5338B | | |
| 399 | L6A5339B | | |
| 400 | L6A5340B | | |
| 401 | L6A5341B | | |
| 402 | L6A5342B | | |
| 403 | L6A5343B | | |
| 404 | L6A5344B | | |
| 405 | L6A5345B | | |
| 406 | L6A5346B | | |
| 407 | L6A5347B | | |
| 408 | L6A5348B | | |
| 409 | L6A5349B | | |
| 410 | L6A5350B | | |
| 411 | L6A5249C | | |
| 412 | L6A5250C | | |
| 413 | L6A5251C | | |
| 414 | L6A5252C | | |
| 415 | still of cell phone video – frame 5354 | | |
| 416 | electrical access panel - far | | |
| 417 | electrical access panel - near | | |
| 418 | still of cell phone video – frame 5374 | | |
| 429 | L6A5269C | | |
| 430 | L6A5270C | | |
| 431 | L6A5271C | | |
| 432 | L6A5272C | | |
| 433 | L6A5273C | | |
| 434 | L6A5274C | | |
| 435 | L6A5275C | | |
| 436 | L6A5276C | | |
| 437 | L6A5277C | | |
| 453 | L6A5293C | | |
| 454 | L6A5294C | | |
| 455 | L6A5295C | | |
| 456 | L6A5296C | | |
| 457 | L6A5297C | | |
| 458 | L6A5298C | | |
| 459 | L6A5299C | | |
| 460 | L6A5300C | | |
| 461 | L6A5301C | | |
| 462 | L6A5302C | | |
| 463 | L6A5303C | | |
| 464 | L6A5304C | | |
| 465 | L6A5305C | | |
| 466 | L6A5306C | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 469 | Boone's Texts on 9/14/2017, 14:44 | | |
| 470 | Boone's text on 3/20/17, 9:07 | | |
| 471 | Boone's texts on 4/19/2017, 12:12 | | |
| 472 | Boone's text 4/19/17, 17:05 | | |
| 473 | Boone's text 4/20/17, 9:40 | | |
| 478 | Bonne's text on 6/24/17, 23:46 | | |
| 479 | Boone's text on 7/17/1, 11:49 | | |
| 482 | Myers' Text on 1/24/17 | | |
| 483 | YouTube Video, April 2016 | | |
| 484 | Myers' Text on 9/16/17, 0:43 | | |
| 485 | Boone's text on 9/17/17 & 9/18/17 | | |
| 487 | Boone's text on 10/12/17, 15:38 | | |
| 490 | Boone's text on 3/28/18, 9:01 | | |
| 500 | Stipulation re 120 Interviews | | |
| 501 | Stipulation re Dustin Boone's Texts | | |
| 502 | Stipulation re Chris Myers' Texts | | |
| 503 | Stipulation re DNA etc. | | |
| 509 | L6A5249M | | |
| 510 | L6A5250M | | |
| 511 | L6A5251M | | |
| 512 | L6A5252M | | |
| 513 | L6A5253M | | |
| 514 | L6A5254M | | |
| 515 | L6A5255M | | |
| 516 | L6A5256M | | |
| 517 | L6A5257M | | |
| 518 | L6A5258M | | |
| 519 | L6A5259M | | |
| 520 | L6A5260M | | |
| 521 | L6A5261M | | |
| 522 | L6A5262M | | |
| 523 | L6A5263M | | |
| 524 | L6A5264M | | |
| 525 | L6A5265M | | |
| 526 | L6A5266M | | |
| 527 | L6A5267M | | |
| 528 | L6A5268M | | |
| 529 | L6A5269M | | |
| 530 | L6A5270M | | |
| 531 | L6A5271M | | |
| 532 | L6A5272M | | |
| 533 | L6A5273M | | |
| 534 | L6A5274M | | |
| 535 | L6A5275M | | |
| 536 | L6A5276M | | |
| 537 | L6A5277M | | |
| 538 | L6A5278M | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 539 | L6A5279M | | |
| 540 | L6A5280M | | |
| 541 | L6A5281M | | |
| 542 | L6A5282M | | |
| 543 | L6A5283M | | |
| 544 | L6A5284M | | |
| 545 | L6A5285M | | |
| 546 | L6A5286M | | |
| 547 | L6A5287M | | |
| 548 | L6A5288M | | |
| 549 | L6A5289M | | |
| 550 | L6A5290M | | |
| 551 | L6A5291M | | |
| 552 | L6A5292M | | |
| 553 | L6A5293M | | |
| 554 | L6A5294M | | |
| 555 | L6A5295M | | |
| 556 | L6A5296M | | |
| 557 | L6A5297M | | |
| 558 | L6A5298M | | |
| 559 | L6A5299M | | |
| 560 | L6A5300M | | |
| 561 | L6A5301M | | |
| 562 | L6A5302M | | |
| 563 | L6A5303M | | |
| 564 | L6A5304M | | |
| 565 | L6A5305M | | |
| 566 | L6A5306M | | |
| 567 | L6A5307M | | |
| 568 | L6A5308M | | |
| 569 | L6A5309M | | |
| 570 | L6A5310M | | |
| 571 | L6A5311M | | |
| 572 | L6A5312M | | |
| 573 | L6A5313M | | |
| 574 | L6A5314M | | |
| 575 | L6A5315M | | |
| 576 | L6A5316M | | |
| 577 | L6A5317M | | |
| 578 | L6A5318M | | |
| 579 | L6A5319M | | |
| 580 | L6A5320M | | |
| 581 | L6A5321M | | |
| 582 | L6A5322M | | |
| 583 | L6A5323M | | |
| 584 | L6A5324M | | |
| 585 | L6A5325M | | |

Government's Exhibit List
United States v. Boone and Myers

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 586 | L6A5326M | | |
| 587 | L6A5327M | | |
| 588 | L6A5328M | | |
| 589 | L6A5329M | | |
| 590 | L6A5330M | | |
| 591 | L6A5331M | | |
| 592 | L6A5332M | | |
| 593 | L6A5333M | | |
| 594 | L6A5334M | | |
| 595 | L6A5335M | | |
| 596 | L6A5336M | | |
| 597 | L6A5337M | | |
| 598 | L6A5338M | | |
| 599 | L6A5339M | | |
| 600 | L6A5340M | | |
| 601 | L6A5341M | | |
| 602 | L6A5342M | | |
| 603 | L6A5343M | | |
| 604 | L6A5344M | | |
| 605 | L6A5345M | | |
| 606 | L6A5346M | | |
| 607 | L6A5347M | | |
| 608 | L6A5348M | | |
| 609 | L6A5349M | | |
| 610 | L6A5350M | | |