UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:18-cr-975 ERW (JMB) |
| | ) |
| CHRISTOPHER MYERS, | ) |
| | ) |
|     Defendant. | ) |

**NINTH UNOPPOSED MOTION TO TRAVEL**

COMES NOW Defendant, Christopher Myers, by and through counsel, and moves this Court for permission to travel to Osage Beach, Missouri from July 9 to July 11 to visit with family friends. In support of this motion, Defendant states as follows:

1. Defendant wishes to travel to Osage Beach, Missouri.

2. If permitted to travel, Defendant will leave St. Louis on July 9 and return on July 11.

3. While in Osage Beach, Defendant will stay with family friends at an address already provided to the Pretrial Services Office.

4. Defendant has complied with all conditions of release since admitted to bail and has travelled on eight prior occasions without incident.

5. Defendant, through counsel, has discussed this matter with Pretrial Services Officer Jameka Taylor.

6. Ms. Taylor does not object to Defendant's request.

7. Defendant, through counsel, has also discussed this matter with Assistant United States Attorney Carrie Costantin.

8. Ms. Costantin does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court permit him to travel to Osage

1

Beach, Missouri from July 9 to July 11.

                                                      Respectfully submitted,

By:   */s/ Adam D. Fein*

                          ADAM D. FEIN, # 52255 MO
                          Attorney for Defendant
                          120 S. Central Avenue, Suite 130
                          Clayton, Missouri 63105
                          (314) 862-4332
                          afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Carrie Costantin and Mr. Robert Livergood, Assistant United States Attorneys.