UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CR 975 ERW |
| | ) | |
| CHRISTOPHER MYERS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that an attorneys-only status conference in this matter will be held on September 20, 2021, at 10:30 AM. The conference will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom.

The Court finds, pursuant to 18 U.S.C. § 3161(h)(7), and for the reasons stated in the Administrative Order entered by Chief Judge Sippel dated September 2, 2021, that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore the time period between the date of this Order and September 20, 2021, is excludable time under the Speedy Trial Act.

So Ordered this 2nd day of September, 2021.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE