UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18 CR 975 ERW |
| ) | |
| CHRISTOPHER MYERS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion [553] is **GRANTED** and the **change of plea and sentencing** as to defendant Christopher Myers is set for **Wednesday, January 5, 2022 at 10:00 a.m**. in Courtroom 3 North. The Court finds the ends of justice served by the delay in setting the consolidated hearing outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), and the time between the filing of the joint motion and the date of the consolidated hearing is excluded from the speedy trial calculation.

**IT IS FURTHER ORDERED** that within 14 days of the disclosure of the pre-plea presentence investigation report, counsel must file any objections or proposed amendments to the pre-plea presentence investigation report.

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) day prior to the sentencing date, whether testimony is to be presented at

sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FURTHER ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

So Ordered this 29th day of September, 2021.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE