UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:18 CR 975 ERW |
| CHRISTOPHER MYERS | ) ) ) | |
| Defendant. | ) | |

**ORDER**

The undersigned United States District Judge recuses himself in this matter.

The Clerk of the District Court is hereby directed to refer this case to another Judge by random selection.

So Ordered this 23rd day of February, 2022.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE