UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:18-cr-975-CDP (JMB) |
| | ) |
| CHRISTOPHER MYERS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO VACATE COMBINED CHANGE OF PLEA AND SENTENCING**

COMES NOW Defendant, Christopher Myers, by and through counsel, and hereby moves this Court to vacate the combined change of plea and sentencing set for March 1. In support of this motion, Defendant states as follows:

1. Defendant has decided to proceed to trial.

2. Defendant has attached to this motion a signed waiver of his rights under 18 U.S.C. § 3161 et seq.

WHEREFORE, Defendant respectfully requests this Court vacate the combined change of plea and sentencing set for March 1.

Respectfully submitted,

By: */s/ Adam D. Fein*

ADAM D. FEIN, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Carrie Costantin and Mr. Robert Livergood, Assistant United States Attorneys.