UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CR-00975-JAR ) |
| CHRISTOPHER MYERS, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Vacate Combined Plea and Sentencing Hearing [Doc. No. 600] is **GRANTED**. The Plea/Sentencing Hearing scheduled for March 1, 2022 is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is scheduled for **Jury Trial** on **Monday, May 2, 2022 at 9:00 a.m.** I find, pursuant to 18 U.S.C. § 3161(h)(7), and for the reasons stated in the Administrative Order entered by Chief Judge Sippel dated December 3, 2021, that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore the time period between the date of this Order and May 2, 2022, is excludable time under the Speedy Trial Act. Further, Defendant specifically waived speedy trial in Doc. No. 553 which was entered on September 29, 2021.

Dated this 28th day of February, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE