UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CR-00975-JAR ) |
| CHRISTOPHER MYERS, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

At the request of the parties,

**IT IS HEREBY ORDERED** that the Court will hold a consolidated Plea/Sentencing Hearing on **Tuesday, March 15, 2022 at 3:00 p.m. in Courtroom 12 North**.

Dated this 10th day of March, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE